IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0952-RPM

MICHAEL COLLINS,
DAVID WIESE,
JAMES H. BUERGER,
CLAY BUERGER,
KENNETH HILDEBRANDT,
THOMAS BLOOD,

    Plaintiffs,
v.

ENCANA OIL & GAS (USA), INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT
_____

Upon consideration of Plaintiffs' Unopposed Motion to File First Amended Complaint [Doc. 11], it is

ORDERED that the motion is granted and the First Amended Complaint attached thereto is accepted for filing.

DATED: July 9th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge