IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15cv00952 RPM-CBS

MICHAEL COLLINS, DAVID WIESE, KENNETH HILDEBRANDT, THOMAS BLOOD, and TOM DOUDY

    Plaintiffs,

v.

ENCANA OIL & GAS (USA), INC., a Delaware corporation.

    Defendant.

## JOINT STATUS REPORT

    COME NOW the parties by their undersigned counsel and advise the Court as follows:

    The parties have settled.   All the requisite documents have been provided and a stipulation to dismiss with prejudice should be filed within 14 days.

    KARP NEU HANLON, P.C.

    /s/*Sander N. Karp
    Sander N. Karp
    201 14th Street, Suite 200
    Glenwood Springs, CO 81601
    Phone: (970) 945-2261
    Facsimile: (970) 945-7336
    snk@mountainlawfirm.com

    HUSCH BLACKWELL, LLP

    /s/*Mary Hurley Stuart
    Mary Hurley Stuart

–1–

1700 Lincoln St. #4700
Denver, CO 80203
Phone: (303) 749-7207
Facsimile: (303) 749-7272
Mary.stuart@huschblackwell.com

–2–