IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00952-RPM

MICHAEL COLLINS,
DAVID WIESE,
JAMES H. BUERGER,
CLAY BUERGER,
KENNETH HILDEBRANDT,
THOMAS BLOOD,

    Plaintiffs,
v.

ENCANA OIL & GAS (USA), INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 19], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED:   October 30th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge